IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. HARRIS,

    Petitioner,               No. 2:12-cv-3017 JFM P

    vs.

WARDEN, HIGH DESERT
STATE PRISON, et al,

    Respondents.          ORDER

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 18, 2013, petitioner's motion to proceed in forma pauperis was granted and the respondent was directed to file a response to the petition within sixty days.

        The application attacks a conviction issued by the Riverside County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County. See id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: January 24, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
harr3017.108